1  BARRY J. PORTMAN
   Federal Public Defender
2  GEOFFREY HANSEN
   Chief Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant SANCHEZ
6

7
                  IN THE UNITED STATES DISTRICT COURT
8
                FOR THE NORTHERN DISTRICT OF CALIFORNIA
9

10
   UNITED STATES OF AMERICA,            )   No. CR-09-0390 MMC
11                                      )
                    Plaintiff,          )   STIPULATION AND [PROPOSED]
12                                      )   ORDER TO CONTINUE SENTENCING
   v.                                   )   HEARING
13                                      )
   DOUGLAS SANCHEZ,                     )   **CURRENT HEARING DATE:** December
14                                      )   16, 2009, at 2:30 p.m.
                    Defendant.          )
15                                      )   **PROPOSED HEARING DATE:** January
   _____ )   06, 2010, at 2:30 p.m.
16

17
        1.   Mr. Sanchez is currently scheduled to be sentenced on December 16, 2009.
18
        2.   Defense counsel will be out of state on both office and family business from
19
   November 15, 2009 until December 5, 2009. Because of defense counsel's absence, and the
20
   amount of time the probation officer needs to complete the pre-sentence report, the parties will
21
   not have sufficient time to comment on the report before sentencing. For that reason, a
22
   continuance is necessary.
23
        3.   Defense counsel and the government have consulted with each other and with the
24
   probation officer in this case, and all three parties are available on January 06, 2010. As such,
25
   the parties request that the Court continue the sentencing hearing to January 06, 2010.
26

Stip. & [Proposed] Order to Continue Hearing;
*U.S. v. Sanchez*, CR 09-390 MMC                    1

IT IS SO STIPULATED.

_____                        /s/
DATED                                          _____
                                               GEOFFREY HANSEN
                                               Chief Assistant Federal Public Defender


                                               /s/
_____                        _____
DATED                                          KEVIN BARRY
                                               Assistant United States Attorney

IT IS SO ORDERED.

November 20, 2009                              _____
DATED                                          MAXINE M. CHESNEY
                                               United States District Judge

Stip. & [Proposed] Order to Continue Hearing;
*U.S. v. Sanchez*, CR 09-390 MMC                           2